UNITED STATES *versus*
LEVI S. HUMPHREY.

JOURNAL ENTRIES (1833): *Journal 4:* (1) Case
argued, submitted *p. 527; (2) decision *p. 528.
PAPERS IN FILE: (1) Transcript of circuit court
record.
*1824–36 Calendar,* MS p. 221.